United States District Court
Eastern District of Virginia

Alexandria Division

TAKESHA POWELL,

       Plaintiff,

v.                             Case No. 1:09cv90

CHRIS HEWETT, *et al.*,

       Defendants.

## MOTION FOR SUMMARY JUDGMENT

The Defendants, Chris Hewett, Jason Sharp and Keith Mackey, move this Court to grant

summary judgment in their behalf pursuant to Rules 56 of the Federal Rules of Civil Procedure,

for the reasons set forth in the accompanying memorandum of law.

                             Chris Hewett, *et al*.

                         By _____/s/_____
                              Counsel

John A. Gibney, Jr. VSB No. 15474
Sarah B. Warner, VSB No. 71537
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
(804)698-6214
Fax (804)780-1813
jgibney@t-mlaw.com
swarner@t-mlaw.com

<u>Certificate of Service</u>

I certify that on _____, I mailed a copy of the foregoing to Takesha Lavette Powell, No. 382462, Virginia Correctional Center for Women, P.O. Box 1, Goochland, Virginia 23063

_____/s/_____
John A. Gibney, Jr. VSB No. 15754
Sarah B. Warner, VSB No. 71537
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
(804)698-6214
Fax (804)780-1813
jgibney@t-mlaw.com
swarner@t-mlaw.com